**Marshall Meyers (020584)**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **CAROL COWAN,** | Case No. 2:08-cv-02005-MHM |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **ALLIED INTERSTATE, INC.** | |
| Defendant. | |

   NOW COME THE PARTIES by and through their attorneys to respectfully notify this Honorable Court that this case has settled.  A Stipulation to Dismiss and Order will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved. Plaintiff further requests that any Orders submitted by this Court in relation to this matter include a directive that Defendants comply with the terms of this settlement in a timely manner.

   Dated this 26th day of January, 2009.

                 By: s/Marshall Meyers
                     Marshall Meyers (020584)
                     **WEISBERG & MEYERS, LLC**

Notice of Settlement

Filed electronically on this 26th day of January, 2009, with:

United States District Court CM/ECF system

By: s/Tremain Davis
    Tremain Davis