1 **Marshall Meyers (020584)**
2 **WEISBERG & MEYERS, LLC**
3 **5025 North Central Ave., #602**
   **Phoenix, AZ 85012**
4 **602 445 9819**
   **866 565 1327 facsimile**
5 **mmeyers@AttorneysForConsumers.com**
6 **Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **CAROL COWAN**, | ) Case No. 2:08-cv-02005-MHM |
| | ) |
| Plaintiff, | ) **NOTICE OF DISMISSAL WITH** |
| | ) **PREJUDICE** |
| vs. | ) |
| | ) |
| **ALLIED INTERSTATE, INC.** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Arizona, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 26th day of January, 2009.

By:<u>s/Marshall Meyers</u>
   **Marshall Meyers**
   **WEISBERG & MEYERS, LLC**
   **5025 North Central Ave., #602**
   **Phoenix, AZ 85012**
   **602 445 9819**
   **866 565 1327 facsimile**
   **mmeyers@AttorneysForConsumers.com**
   **Attorney for Plaintiff**

1  Filed electronically on this 26th day of January, 2009, with:

2
3  United States District Court CM/ECF system

4
5  By: s/ Tremain Davis
       Tremain Davis